## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

MERCK SHARP & DOHME CORP.,

*Plaintiff*,

ACCORD HEALTHCARE, INC., ACCORD
HEALTHCARE LIMITED and
INTAS PHARMACEUTICALS LIMITED,

*Defendants*,

C.A. No. _____

## COMPLAINT

Plaintiff Merck Sharp & Dohme Corp. ("Merck"), by its attorneys, for its Complaint, alleges as follows:

1.      This is an action for patent infringement under the patent laws of the United States, Title 35, United States Code, and for a declaratory judgment of patent infringement under 28 U.S.C. §§ 2201 and 2202 and the patent laws of the United States, Title 35, United States Code, that arises out of Defendants' submission of Abbreviated New Drug Application ("ANDA") No. 214054 to the U.S. Food and Drug Administration ("FDA") seeking approval to commercially manufacture, use, offer for sale, sell, and/or import versions of JANUVIA® (sitagliptin phosphate) prior to the expiration of U.S. Patent No. 7,326,708 ("the '708 patent").

2.      Accord Healthcare Inc. ("Accord Inc.") notified Merck by letter dated November 13, 2019 ("Accord's Notice Letter") that it had submitted to the FDA ANDA No. 214054 ("Accord's ANDA"), seeking approval from the FDA to engage in the commercial

ME1 32045922v.1

manufacture, use, offering for sale, sale, and/or importation of generic sitagliptin phosphate oral tablets ("Accord's '054 ANDA Product") prior to the expiration of the '708 patent.

3.  On information and belief, Accord's '054 ANDA Product is a generic version of Merck's JANUVIA® product.

## PARTIES

4.  Plaintiff Merck is a corporation organized and existing under the laws of New Jersey, having its corporate offices and principal place of business at One Merck Drive, Whitehouse Station, New Jersey 08889.

5.  Merck is the holder of New Drug Application ("NDA") No. 21995 for JANUVIA® (sitagliptin phosphate), which has been approved by the FDA.

6.  On information and belief, Defendant Accord Healthcare Inc. ("Accord Inc.") is a corporation organized and existing under the laws of North Carolina, with a place of business at 1009 Slater Road, Suite 210-B, Durham, North Carolina 27703.  On information and belief, Accord Inc. is in the business of, among other things, manufacturing and selling generic versions of branded pharmaceutical drugs for the U.S. market.

7.  Upon information and belief, Defendant Accord Healthcare Limited ("Accord Ltd.") is a corporation organized and existing under the laws of India, with a place of business at Corporate House, Nr. Sola Bridge, S. G. Highway, Thaltej Ahmedabad – 380 054, India.  On information and belief, Accord Ltd. is in the business of, among other things, manufacturing and selling generic versions of branded pharmaceutical drugs.

8.  On information and belief, Defendant Intas Pharmaceuticals Limited ("Intas") is a corporation organized and existing under the laws of India, with a place of business at Chinubhai Centre, Off. Nehru Bridge, Ashram Road, Ahmedabad 380009, Gujarat, India.  On

ME1 32045922v.1

information and belief, Intas is in the business of, among other things, manufacturing and selling generic versions of branded pharmaceutical drugs through various operating subsidiaries, including Accord Inc.

9. On information and belief, Accord Inc. is a wholly-owned subsidiary of Intas.

10. On information and belief, Accord Ltd. is a wholly-owned subsidiary of Intas.

11. On information and belief, Accord Inc., Accord Ltd., and Intas acted in concert to prepare and submit ANDA No. 214054 to the FDA.

12. On information and belief, Accord Inc., Accord Ltd., and Intas know and intend that upon approval of Accord's ANDA, Accord Inc., Accord Ltd., and/or Intas will manufacture, market, sell, and distribute Accord's '054 ANDA Product throughout the United States, including in Delaware. On information and belief, Accord Inc., Accord Ltd., and Intas are agents of each other and/or operate in concert as integrated parts of the same business group, including with respect to Accord's ANDA '054 Product, and enter into agreements that are nearer than arm's length. On information and belief, Accord Inc., Accord Ltd., and Intas participated, assisted, and cooperated in carrying out the acts complained of herein. These three entities are hereafter collectively referred to as "Accord."

13. On information and belief, following any FDA approval of ANDA No. 214054, Accord Inc., Accord Ltd., and Intas will act in concert to distribute and sell Accord's ANDA '054 Product throughout the United States, including within Delaware.

## JURISDICTION

14.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

15.     This Court has personal jurisdiction over Accord.

16.     Accord Inc. is subject to personal jurisdiction in Delaware because, among other things, it has purposely availed itself of the benefits and protections of Delaware's laws such that it should reasonably anticipate being haled into court here.  In addition, on information and belief, Accord Inc. develops, manufactures, imports, markets, offers to sell, and/or sells generic drugs throughout the United States, including in the State of Delaware, and therefore transacts business within the State of Delaware related to Merck's claims, and/or has engaged in systematic and continuous business contacts within the State of Delaware.

17.     Accord Ltd. is subject to personal jurisdiction in Delaware because, among other things, it has purposely availed itself of the benefits and protections of Delaware's laws such that it should reasonably anticipate being haled into court here.  In addition, on information and belief, Accord Ltd. develops, manufactures, imports, markets, offers to sell, and/or sells generic drugs throughout the United States, including in the State of Delaware, and therefore transacts business within the State of Delaware related to Merck's claims, and/or has engaged in systematic and continuous business contacts within the State of Delaware

18.     Intas is subject to personal jurisdiction in Delaware because, among other things, Intas, itself and through its wholly owned subsidiary Accord Inc., has purposefully availed itself of the benefits and protections of Delaware's laws such that it should reasonably anticipate being haled into court here.  On information and belief, Intas, itself and through its wholly owned subsidiary Accord Inc., develops, manufactures, imports, markets, offers to sell,

and/or sells generic drugs throughout the United States, including in the State of Delaware, and therefore transacts business within the State of Delaware, and/or has engaged in systematic and continuous business contacts within the State of Delaware. In addition, Intas is subject to personal jurisdiction in Delaware because, on information and belief, it controls and dominates Accord Inc. and Accord Ltd., and therefore the activities of Accord Inc. and Accord Ltd. in this jurisdiction are attributed to Intas.

19.    On information and belief, if Accord's ANDA is approved, Accord will manufacture, market, sell, and/or distribute Accord's '054 ANDA Product within the United States, including in Delaware, consistent with Accord's practices for the marketing and distribution of other generic pharmaceutical products. On information and belief, Accord regularly does business in Delaware, and its practices with other generic pharmaceutical products have involved placing those products into the stream of commerce for distribution throughout the United States, including in Delaware. On information and belief, Accord's generic pharmaceutical products are used and/or consumed within and throughout the United States, including in Delaware. On information and belief, Accord's '054 ANDA Product will be prescribed by physicians practicing in Delaware, dispensed by pharmacies located within Delaware, and used by patients in Delaware. Each of these activities would have a substantial effect within Delaware and would constitute infringement of Merck's patent in the event that Accord's '054 ANDA Product are approved before the '708 patent expires.

20.    On information and belief, Accord derives substantial revenue from generic pharmaceutical products that are used and/or consumed within Delaware, and that are manufactured by Accord and/or for which Accord Inc., Accord Ltd. and/or Intas is/are the named applicant(s) on approved ANDAs. On information and belief, various products for which

Accord Inc., Accord Ltd. and/or Intas is/are the named applicant(s) on approved ANDAs are available at retail pharmacies in Delaware.

21. Upon information and belief, Accord Inc., Accord Ltd., and Intas have consented to jurisdiction in Delaware in one or more prior cases arising out of the filing of its ANDAs, and have filed counterclaims in such cases. *See, e.g.*, *Novartis Pharms. Co. v. Accord Healthcare Inc. et al*, C.A. No. 18-cv-01043-LPS (D. Del. July 16, 2018) (Accord Inc.); *Biogen Int'l GmbH et al v. Accord Healthcare Inc.*, C.A. No. 17-cv-00872-MN (D. Del. June 30, 2017) (Accord Inc.); *Bristol-Myers Squibb Co. et al v. Accord Healthcare Inc.*, C.A. No. 17-cv-00398-LPS (D. Del. Apr. 10, 2017) (Accord Inc.); *Cephalon Inc. v. Accord Healthcare Inc., et al.*, C.A. No. 15-178 (D. Del. Feb. 23, 2015) (Accord Inc. and Intas); *Pfizer Inc. v. Intas Pharms. Ltd. et al*, C.A. No. 11-cv-01253-GMS (D. Del. Dec. 15, 2011) (Accord Inc., Accord Ltd., and Intas).

### THE '708 PATENT

22. Merck incorporates each of the preceding paragraphs 1–21 as if fully set forth herein.

23. The inventors named on the '708 patent are Stephen Howard Cypes, Alex Minhua Chen, Russell R. Ferlita, Karl Hansen, Ivan Lee, Vicky K. Vydra, and Robert M. Wenslow, Jr.

24. The '708 patent, entitled "Phosphoric Acid Salt of a Dipeptidyl Peptidase-IV Inhibitor" (attached as Exhibit A), was duly and legally issued on February 5, 2008.

25. Merck is the owner and assignee of the '708 patent.

26. The '708 patent claims, *inter alia*, a dihydrogenphosphate salt of 4-oxo-4-[3-(trifluoromethyl)-5,6-dihydro[1,2,4]triazolo[4,3-a]pyrazin-7(8H)-yl]-1-(2,4,5-

trifluorophenyl)butan-2-amine of structural formula I, or a hydrate thereof, as recited in claim 1 of the '708 patent.

27.    JANUVIA®, as well as methods of using JANUVIA®, are covered by one or more claims of the '708 patent, including claim 1 of the '708 patent, and the '708 patent has been listed in connection with JANUVIA® in the FDA's Orange Book.

## COUNT I – INFRINGMENT OF THE '708 PATENT

28.    Merck incorporates each of the preceding paragraphs 1–27as if fully set forth herein.

29.    In Accord's Notice Letter, Accord notified Merck of the submission of Accord's ANDA to the FDA.  The purpose of this submission was to obtain approval under the FDCA to engage in the commercial manufacture, use, offer for sale, sale and/or importation of Accord's '054 ANDA Product prior to the expiration of the '708 patent.

30.    In Accord's Notice Letter, Accord also notified Merck that, as part of its ANDA, Accord had filed certifications of the type described in Section 505(j)(2)(A)(vii)(IV) of the FDCA, 21 U.S.C. § 355 (j)(2)(A)(vii)(IV), with respect to the '708 patent.  On information and belief, Accord submitted its ANDA to the FDA containing certifications pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) asserting that the '708 patent is invalid, unenforceable, and/or will not be infringed by the manufacture, use, offer for sale, sale, and/or importation of Accord's '054 ANDA Product.

31.    In Accord's Notice Letter, Accord stated that Accord's '054 ANDA Product contains sitagliptin phosphate as an active ingredient.

32.    Accord's '054 ANDA Product, and the use of Accord's ANDA '054 Product, is covered by one or more claims of the '708 patent, including at least claim 1 of the

'708 patent, because claim 1 of the '708 patent covers the sitagliptin phosphate contained in Accord's ANDA '054 Product.

33. In Accord's Notice Letter, Accord did not contest infringement of claim 1 of the '708 patent.

34. Accord's submission of Accord's '054 ANDA for the purpose of obtaining approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of Accord's '054 ANDA Product before the expiration of the '708 patent was an act of infringement of the '708 patent under 35 U.S.C. § 271(e)(2)(A).

35. On information and belief, Accord will engage in the manufacture, use, offer for sale, sale, marketing, distribution, and/or importation of Accord's '054 ANDA Product immediately and imminently upon approval of its ANDA.

36. The manufacture, use, sale, offer for sale, or importation of Accord's '054 ANDA Product would infringe one or more claims of the '708 patent, including at least claim 1 of the '708 patent.

37. On information and belief, the manufacture, use, sale, offer for sale, or importation of Accord's '054 ANDA Product in accordance with, and as directed by, its proposed product labeling would infringe one or more claims of the '708 patent, including at least claim 1 of the '708 patent.

38. On information and belief, Accord plans and intends to, and will, actively induce infringement of the '708 patent when Accord's ANDA is approved, and plans and intends to, and will, do so immediately and imminently upon approval. Accord's activities will be done with knowledge of the '708 patent and specific intent to infringe that patent.

ME1 32045922v.1

39.   On information and belief, Accord knows that Accord's '054 ANDA Product and its proposed labeling are especially made or adapted for use in infringing the '708 patent, that Accord's '054 ANDA Product is not a staple article or commodity of commerce, and that Accord's '054 ANDA Product and its proposed labeling are not suitable for substantial noninfringing use.  On information and belief, Accord plans and intends to, and will, contribute to infringement of the '708 patent immediately and imminently upon approval of Accord's ANDA.

40.   Notwithstanding Accord's knowledge of the claims of the '708 patent, Accord has continued to assert its intent to manufacture, offer for sale, sell, distribute, and/or import Accord's '054 ANDA Product with its product labeling following FDA approval of Accord's ANDA prior to the expiration of the '708 patent.

41.   The foregoing actions by Accord constitute and/or will constitute infringement of the '708 patent; active inducement of infringement of the '708 patent; and contribution to the infringement by others of the '708 patent.

42.   On information and belief, Accord has acted with full knowledge of the '708 patent and without a reasonable basis for believing that it would not be liable for infringement of the '708 patent; active inducement of infringement of the '708 patent; and/or contribution to the infringement by others of the '708 patent.

43.   Merck will be substantially and irreparably damaged by infringement of the '708 patent.

44.   Unless Accord is enjoined from infringing the '708 patent, actively inducing infringement of the '708 patent, and contributing to the infringement by others of the '708 patent, Merck will suffer irreparable injury.  Merck has no adequate remedy at law.

## COUNT II – DECLARATORY JUDGMENT OF INFRINGEMENT OF THE '708 PATENT

45.    Merck incorporates each of the preceding paragraphs 1–44 as if fully set forth herein.

46.    The Court may declare the rights and legal relations of the parties pursuant to 28 U.S.C. §§ 2201 and 2202 because there is a case of actual controversy between Merck on the one hand and Accord on the other regarding Accord's infringement, active inducement of infringement, and contribution to the infringement by others of the '708 patent.

47.    The Court should declare that the commercial manufacture, use, sale, offer for sale or importation of Accord's '054 ANDA Product with its proposed labeling, or any other Accord drug product that is covered by or whose use is covered by the '708 patent, will infringe, induce the infringement of, and contribute to the infringement by others of the '708 patent, and that the claims of the '708 patent are valid.

## PRAYER FOR RELIEF

WHEREFORE, Merck requests the following relief:

(a)    A judgment that the '708 patent has been infringed under 35 U.S.C. § 271(e)(2) by Accord's submission to the FDA of Accord's ANDA;

(b)    A judgment ordering that the effective date of any FDA approval of the commercial manufacture, use, or sale of Accord's '054 ANDA Product, or any other drug product that infringes or the use of which infringes the '708 patent, be not earlier than the latest of the expiration date of the '708 patent, inclusive of any extension(s) and additional period(s) of exclusivity;

(c)    A preliminary and permanent injunction enjoining Accord, and all persons acting in concert with Accord, from the commercial manufacture, use, sale, offer for sale, or

importation into the United States of Accord's '054 ANDA Product, or any other drug product covered by or whose use is covered by the '708 patent, prior to the expiration of the '708 patent, inclusive of any extension(s) and additional period(s) of exclusivity;

(d)     A judgment declaring that the commercial manufacture, use, sale, offer for sale or importation of Accord's '054 ANDA Product, or any other drug product that is covered by or whose use is covered by the '708 patent, prior to the expiration of the '708 patent, will infringe, induce the infringement of, and contribute to the infringement by others of, the '708 patent;

(e)     A declaration that this is an exceptional case and an award of attorney's fees pursuant to 35 U.S.C. § 285;

(f)     Costs and expenses in this action; and

(g)     Such further and other relief as this Court may deem just and proper.

Dated: November 25, 2019

OF COUNSEL:

Bruce R. Genderson
Jessamyn S. Berniker
Stanley E. Fisher
Alexander S. Zolan
Shaun P.  Mahaffy
Anthony H. Sheh
Jingyuan Luo
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T: (202) 434-5000
F: (202) 434-5029
bgenderson@wc.com
jberniker@wc.com
sfisher@wc.com
azolan@wc.com
smahaffy@wc.com
asheh@wc.com
jluo@wc.com

Respectfully submitted,

MCCARTER & ENGLISH, LLP

/s/ Daniel M. Silver
Michael P. Kelly (#2295)
Daniel M. Silver (#4758)
Alexandra M. Joyce (#6423)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
(302) 984-6300
mkelly@mccarter.com
dsilver@mccarter.com
ajoyce@mccarter.com

*Attorneys for Plaintiff*
*Merck Sharp & Dohme Corp.*